UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS LOCAL LODGE PM 2848 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND; TRUSTEES OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS GREAT LAKES REGION DEFINED CONTRIBUTION PENSION FUND,

    Plaintiffs,

vs.

Case No. 08-cv-11622
Hon. George Caram Steeh

MICHIGAN GAGE & MANUFACTURING, L.L.C., a Michigan Limited Liability Company, and MICHAEL R. PORATH, an individual, jointly and severally,

    Defendants.

_____/

## CONSENT JUDGMENT

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan, on: 9-15-08

PRESENT: HON. GEORGE CARAM STEEH
U.S. District Court Judge

This matter having come before the Court on Plaintiffs' Motion for Entry of Consent Judgment, the Court finds as follows:

1. Plaintiffs entered into a Settlement Agreement with Defendants on June 17, 2008. In that document, the parties agreed to the entry of this Consent Judgment.

2. Pursuant to the terms of that Settlement Agreement, a copy of which is on file with the Court, the Defendants unconditionally admit their liability as set forth in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs shall have judgment against Defendants in the amount of $17,364.11 (less all amounts paid pursuant to the parties' Settlement Agreement by Defendants to date, which includes fringe benefit contributions found to be due and owing by an audit covering the time period of October 11, 2007 – January 31, 2008), plus the Plaintiffs' post-judgment attorney fees and collection costs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter, pending the satisfaction of this Judgment and/or compliance with any additional orders.

Dated: 9/15/08

U.S. District Court Judge
GEORGE CARAM STEEH

Approved as to form and content:

Michael A. Novara (P64388)
NOVARA TESIJA, P.L.L.C.
2000 Town Center, Suite 2370
Southfield, MI 48075
(248) 354-0380
man@novaratesija.com

Michigan Gage & Manufacturing, L.L.C.

By:_____
Its Authorized Representative
44404 Phoenix Drive
Sterling Heights, MI 48314

Michael Porath, Individually

_____
Michael Porath
44404 Phoenix Drive
Sterling Heights, MI 48314

W:\FUNDS\pdp\DC-PENS\LITIGATION\Michigan Gage\Consent Judgment.doc